# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arrow Indian Contractors Incorporated, | No. CV-23-02085-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| United States Federal Highway Administration, Central Federal Lands Division, | |
| Defendant. | |

The Court, having considered the parties' Stipulation to Dismiss (Doc. 42), and good cause appearing,

**IT IS ORDERED** dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending deadlines and hearings are hereby vacated.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

Dated this 16th day of December, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge