# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arrow Indian Contractors Incorporated,<br><br>            Plaintiff,<br><br>v.<br><br>United States Federal Highway Administration, Central Federal Lands Division,<br><br>            Defendant. | NO. CV-23-02085-PHX-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 17, 2024, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

December 17, 2024

By   s/ Rebecca Kobza
      Deputy Clerk